**Larry Donnell CAIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 64800.

Missouri Court of Appeals,
Western District.

Jan. 10, 2006.

■

**John P. HELVEY, Appellant,**

v.

**MISSOURI DEPARTMENT
OF CORRECTIONS,
Respondent.**

No. WD 65291.

Missouri Court of Appeals,
Western District.

Jan. 10, 2006.

John P. Helvey, Tipton, MO, Appellant Acting Pro Se.

Diane Peters, Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., JOSEPH M. ELLIS, and THOMAS H. NEWTON, JJ.

### ORDER

Lisa M. Stroup, St. Louis, MO, for appellant.

Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, ROBERT G. ULRICH, Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

Larry Cain appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum explain-

ing our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).